United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAFFANY ANNE JONES, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-04500 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
|     Defendant. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 15, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 3). Judge Bryan filed a *Memorandum and Recommendation* on November 7, 2025, recommending that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act be granted in part. (Dkt. 17).

On November 20, 2025, Plaintiff filed her objections. (Dkt. 18). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 18) are

**OVERRULED**. The Court **ACCEPTS** Judge Bryan's *Memorandum and Recommendation* (Dkt. 17) and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bryan's *Memorandum and Recommendation* (Dkt. 17) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion (Dkt. 14) is **GRANTED IN PART**; and

(3) Plaintiff is awarded fees in the total amount of $5,715.30.

It is so **ORDERED**.

Signed at Houston, Texas on December 4, 2025.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE